TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00668-CR

Arthur Ceja Gonzales, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT

NO. A-94-0173-S, HONORABLE JOHN E. SUTTON, JUDGE PRESIDING

PER CURIAM

 On February 28, 1996, we ordered a hearing in the district court to determine why
a statement of facts has not been filed in this cause. On March 11, the Clerk received a copy of
appellant's motion to withdraw notice of appeal filed in the district court on December 13, 1995. 
See Tex. R. App. P. 59(b) (motion to withdraw notice of appeal to be filed in appellate court). 
The motion to withdraw notice of appeal is granted. Our order of February 28 is withdrawn.

 The appeal is dismissed.

Before Justices Powers, Jones and B. A. Smith

Dismissed on Appellant's Motion

Filed: March 20, 1996

Do Not Publish